# Notice Recipients

| | | |
|---|---|---|
| District/Off: 1126–2 | User: admin | Date Created: 5/3/2024 |
| Case: 24–00215–TOM7 | Form ID: 318 | Total: 44 |

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| aty | Allan M Trippe | allantrippe@lawbham.com |
| aty | Janet L Wilkes | logsecf@logs.com |
| aty | Steven D Altmann | steve@nomberglaw.com |

TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | |
|---|---|---|
| db | Jon Christopher Binzer | 625 Chelsea Station Cir. Chelsea, AL 35043 |
| jdb | Brittney R. Binzer | 625 Chelsea Station Cir. Chelsea, AL 35043 |
| tr | Thomas E Reynolds | Reynolds Legal Solutions, LLC 300 Richard Arrington Jr. Blvd. N Suite 503 Birmingham, AL 35203 |
| cr | PHH Mortgage Corporation | ATTN: Bankruptcy Department, PO Box 2460 West Palm Beach, FL 33416–4605 |
| cr | AmeriCredit Financial Services, Inc. dba GM Financial | P O Box 183853 Arlington, TX 76096 |
| smg | Thomas Corbett | BA Birmingham 1800 5th Avenue North Birmingham, AL 35203 |
| 11273976 | A. Allen Ramsey | 201 20th Street PO Box100247 Birmingham, AL 35210 |
| 11273953 | APCO Employees Credit Union | 1608 7th Avenue North Birmingham, AL 35203 |
| 11273948 | America's First Federal Credit Union | PO Box 11349 Birmingham, AL 35202 |
| 11273954 | B&H Brands Huntsville, LLC | 103 Suffield Street Athens, AL 35611 |
| 11273955 | Bluevine Capital, Inc. | 401 Warren Street, Ste 300 Redwood City, CA 94063 |
| 11273956 | Cadence Bank | 201 South Spring Street Tupelo, MS 38804 |
| 11273977 | Cadence Bank | 7908 N. Sam Houston Pkwy W. Suite 100 Houston, TX 77064 |
| 11320205 | Cadence Bank, a Mississippi state chartered bank | 3500 Colonnade Pkwy. Suite 612 Birmingham, AL 35243 |
| 11273957 | Capital One | P.O. Box 31293 Salt Lake City, UT 84131 |
| 11273958 | Cash Net, USA | Attn: LOC Dept Mgr 175 W. Jackson Blvd, Ste 1000 Chicago, IL 60604 |
| 11273959 | Children's Hospital | c/o Holoway Credit Solutions PO Box 230609 Montgomery, AL 36123 |
| 11273960 | Dept of Education / Nelnet | 121 South 13th Street Lincoln, NE 68508 |
| 11273949 | GM Financial | PO Box 181145 Arlington, TX 76096 |
| 11273961 | Greg & Dana Halfacre | 1028 Willow Branch Trail Chelsea, AL 35043 |
| 11273952 | Internal Revenue Service | P.O. Box 7346 Philadelphia, PA 19101 |
| 11273962 | Interstate Fleets, Inc. | 696 Bethlehem Pike PO Box 297 Colmar, PA 18915 |
| 11273965 | JDog Franchises, LLC | 1021 Old Cassatt Rd, Ste 225 Berwyn, PA 19312 |
| 11273963 | James McClure | 22 Eddings Lane Alabaster, AL 35007 |
| 11273964 | Jason Brown | 103 Suffield Street Athens, AL 35611 |
| 11273966 | Jefferson County Sewer Service Fund | 716 Richard Arrington Jr Blvd N. 8th Floor – Sewer Billing Birmingham, AL 35203 |
| 11273967 | LendingClub Bank | 595 Market Street, Ste 200 San Francisco, CA 94105 |
| 11273968 | Long Holdings, LLC | Attn: Kevin Long PO Box 240932 Montgomery, AL 36124 |
| 11273950 | PHH Mortgage | 1 Mortgage Way Attn: SV09 Mount Laurel, NJ 08054 |
| 11273978 | PHH Mortgage Services | PO Box 24695 West Palm Beach, FL 33416 |
| 11273951 | PNC Bank | PO Box5580 Cleveland, OH 44101 |
| 11273969 | Small Business Administration | 1150 First Avenue 10th Floor, Suite 1001 King of Prussia, PA 19406 |
| 11273979 | Small Business Administration | 2 N. 20th Street, Ste 325 Birmingham, AL 35203 |
| 11273970 | Synchrony Bank / Lowes | 4125 Winward Plaza Alpharetta, GA 30005 |
| 11273971 | Syncrhony Bank / PPC | P.O. Box 965005 Orlando, FL 32896 |
| 11273972 | The Bancorp Bank | 3755 Park Lake Street Orlando, FL 32803 |
| 11273980 | The Home Depot / CBNA | One Court Square Long Island City, NY 11120 |
| 11273973 | The Home Depot / CBNA | P.O. Box 6497 Sioux Falls, SD 57117 |
| 11273975 | USAA Savings Bank | P.O. Box 33009 San Antonio, TX 78265 |
| 11273974 | Upstart | Attn: Bankruptcy P.O. Box 1503 San Carlos, CA 94070 |
| 11273981 | Upstart/Customersbank | 2950 South Delaware Street San Mateo, CA 94403 |

TOTAL: 41